UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:19-CR-00030-D

UNITED STATES OF AMERICA

v.

ROSALIND CHANTICE JACKSON

ORDER TO SEAL

On motion of the Defendant, Rosalind Jackson, and for good cause shown, it is hereby ORDERED that docket entry number 42 be sealed until further notice by this Court.

IT IS SO ORDERED.

This, the __27__ day of January, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE